IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

LOIS MARIE PIES (for deceased)
ERIC BRADFORD PIES

        Plaintiff,

   v.

CAROLYN W. COLVIN,
 COMMISSIONER
 SOCIAL SECURITY ADMINISTRATION,

        Defendant.
_____

Civ. No. 3:14-cv-01694-SI

ORDER TO PAY ATTORNEY
FEES UNDER 42 U.S.C§406(b)

Pursuant to U.S.C. § 406(b), reasonable fees in the amount of $18, 638.50 are hereby awarded to Plaintiff's attorney, Nancy J. Meserow. Previously this Court awarded Plaintiff EAJA fees in the amount of $12,905.04, to be paid to Plaintiff's attorney, Ms. Meserow, pursuant to the Equal Access to Justice Act (EAJA), 28 USC 2412 (d). When issuing the 406(b) fee check to Ms. Meserow, the Agency is therefore directed to subtract the amount paid as EAJA fees, and send to Ms. Meserow the balance remaining of the $18, 416.50 attorney fees hereby ordered, by check payable to Ms. Meserow, in the amount of $5,733. 46. Any withheld amount then remaining from Plaintiff's awarded benefits should be released to Plaintiff by Defendant as soon as practicable.

    IT IS SO ORDERED this ___19th___ day of _September_, 2016.

_____
MICHAEL H. SIMON, U.S. DISTRICT JUDGE